UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNY GOODWIN, | No. C 08-1153 MHP (pr) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| R.C.C.C. MEDICAL HOSPITAL UNIT; et al., | |
| Defendants. | |

Johny Goodwin filed this pro se civil rights action under 42 U.S.C. § 1983, complaining of acts and omissions at the R.C.C.C. Medical Hospital Unit in Elk Grove, California. The city of Elk Grove is in Sacramento County, and that county is within the venue of the Eastern District of California. Defendant apparently resides in the Eastern District of California. Venue therefore properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

IT IS SO ORDERED.

DATED: July 14, 2008

Marilyn Hall Patel
United States District Judge