**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHNY GOODWIN, ) | 2:08-CV-1687-RLH (VPC) |
| ) | |
| Plaintiff, ) | |
| ) | **REPORT AND RECOMMENDATION** |
| vs. ) | **OF U.S. MAGISTRATE JUDGE** |
| ) | |
| RCCC MEDICAL HOSPITAL UNIT, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This report and recommendation is made to the Honorable Roger L. Hunt, Chief United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 72-302.

On December 5, 2008, mail addressed to the plaintiff was returned to the court as "undeliverable, paroled." Local Rule 83-183(b) provides as follows:

> **(b) Address Changes.** A party, appearing in propria persona shall keep the Court and opposing parties advised as to his or her current address. If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty (60) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.

Pursuant to the Local Rule, plaintiff's change of address was due on or before February 11, 2009. Plaintiff failed to notify the court of his new address. The court *sua sponte* granted plaintiff one final extension of time to Monday, April 6, 2009 to notify the court in writing of his current address (#21). Plaintiff was cautioned that if he failed to do so, the court would issue a report and recommendation that this case be dismissed without prejudice for failure to prosecute pursuant to LR 83-183(b). *Id.* To date, plaintiff has failed to notify the court of his current address.

Based upon the foregoing, the undersigned magistrate judge recommends that this case be dismissed without prejudice for failure to prosecute pursuant to LR 83-183(b).

The parties should be aware of the following:

1. They may file, pursuant to 28 U.S.C. § 636(b)(1)(C) and LR 72-304(b), specific written objections to this Report and Recommendation within ten (10) days of receipt. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the District Court.

2. This Report and Recommendation is not an appealable order, and any notice of appeal pursuant to Rule 4(a)(1), Fed. R. App. P., should not be filed until entry of the District Court's judgment.

**RECOMMENDATION**

For the reasons stated above, the undersigned Magistrate Judge recommends that the District Judge enter an order **DISMISSING** this action without prejudice for failure to prosecute pursuant to LR 83-183(b).

DATED: May 5, 2009.

_____
UNITED STATES MAGISTRATE JUDGE